IN THE TEXAS COURT OF CRIMINAL APPEALS  61,317-05

CAUSE NO. 9034165-D

CHARLES RAY ADAMS,
RELATOR,

This document contains some pages that are of poor quality at the time of imaging.

VS.

DISTRICT CLERK OF TRAVIS COUNTY TEXAS,
RESPONDENT,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

LEAVE TO FILE WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW CHARLES R. ADAMS, RELATOR AND FILE APPLICATION FOR WRIT OF MANDAMUS PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 SECTION (C) [WEST 2015] AND SHOW THE COURT THE FOLLOWING:

JURISDICTION

THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO ARTICLE 1, SEC 3, SEC 12, AND SEC 19 BILL OF RIGHT IN THE TEXAS CONSTITUTION AND THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

## RELIEF SOUGHT:

THE COURT OF CRIMINAL APPEAL IS UNDER A MINISTERIAL DUTY TO ORDER THE DISTRICT CLERK OF TRAVIS COUNTY TO IMMEDIATELY FORWARD THE APPLICATION FOR WRIT HABEAS CORPUS PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 SECTION 3(c), ARTICLE 1, SECTION 3, SECTION 12, AND SECTION 19 BILL OF RIGHT TO TEXAS CONSTITUTION AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

## PROCEDURE HISTORY:

RELATOR WAS CONVICTED IN THE 403rd DISTRICT COURT OF TRAVIS COUNTY, TEXAS IN CAUSE NUMBER 9034165 OF AGGRAVATED SEXUAL ASSAULT OF A CHILD AND SENTENCED TO TWENTY (20) YEARS IMPRISONMENT.

## STATEMENT OF THE CASE:

ON JANUARY 19, 2015 RELATOR FILE A THIRD STATE HABEAS CORPUS APPLICATION CHALLENGING THIS CONVICTION.

ON JANUARY 29, 2015 RELATOR FILE NOTICE WITH THE CLERK'S OFFICE REQUESTING NOTICE IF THE WRIT WAS FILE, NO RESPONSE. [SEE EXHIBIT-1].

ON FEBRUARY 19, 2015 RELATOR FILE NOTICE WITH THE CLERK'S OFFICE REQUESTING NOTICE IF THE WRIT WAS FILE NO RESPONSE. [SEE EXHIBIT-2]

2

SHOWING OF CAUSE:

RELATOR ARGUES PURSUANT TO ARTICLE 11.07 SECTION (b) AND (c) AFTER THE EXPIRATION OF 35 DAY TIME. ALLOWED IT DOES NOT AUTHORIZE THE CLERK TO EXTEND THE TIME LIMITATION IMPOSE BY THE STATUTE. DEJEAN V. DISTRICT CLERK, DALLAS COUNTY, 259 S.W. 3d 183 [TEX. CRIM. APP. 2008] RELATOR FILE A THIRD APPLICATION CHALLENGING HIS CONVICTION ON JANUARY 19, 2015 THE TRIAL COURT HAS NOT DETERMINED THAT THE WRIT PRESENT ISSUES THAT NEED TO BE RESOLVED ART. 11.07 SEC (c), THE DISTRICT CLERK HAS NO AUTHORITY TO CONTINUE TO HOLD RELATOR'S WRIT AND IS UNDER A MINISTERIAL DUTY TO IMMEDIATELY FORWARD THE APPLICATION TO THE COURT OF CRIMINAL APPEALS. MARTIN V. STATE, 25 S.W. 3d 718 [TEX. CR. APP 2000], DE JEAN V. DISTRICT CLERK, DALLAS COUNTY, 259 S.W. 3d 183 [TEX. CR. APP. 2008].

THE RELATOR HAS NO ADEQUATE REMEDY AT LAW TO PURSUE THE REQUEST RELIEF OTHER THAN THIS WRIT OF MANDAMUS

WHEREFORE RELATOR PRAYS THAT THE COURT ISSUE A WRIT OF MANDAMUS DIRECTING THE DISTRICT CLERK TO FORWARD THE WRIT.

3

## CERTIFICATE OF SERVICES

THE RELATOR HERE BY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WRIT OF MANDAMUS WAS SERVE UPON ABEL ACOSTA, CLERK COURT OFFICE P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711 EXECUTED ON MARCH 9, 2015.

RESPECTFULLY,

*Charles R. Adams*
CHARLES R. ADAMS

## ORDER

ON THIS THE ___ DAY OF ___ 2015 CAME ON TO BE HEARD RELATOR'S MOTION FOR LEAVE TO PROCEED IN WRIT OF MANDAMUS AND AFTER DUE CONSIDERATION OF THE SAME IT IS SO ORDER THAT RELATOR IS ENTITLE TO MANDAMUS RELIEF, AND THAT SAID HEARING BE SET FOR ___ 2015

_____
JUDGE PRESIDING

4

EXHIBIT-1

CHARLES ADAMS
TDCJ-CID NO 1247914
DALHART UNIT 11950 FM 998
DALHART TEX 77022
JANUARY 29, 2015

AMALIA MENDOZA DISTRICT CLERK
P.O. BOX 679003
AUSTIN, TEXAS 78767

RE: CHARLES ADAMS V. THE STATE OF TEXAS CAUSE NO 9034165-D

DEAR CLERK

ON JANUARY 19 2015 APPLICANT FILE APPLICATION FOR
WRIT HABEAS CORPUS. APPLICANT HAVE NOT RECEIVE
NOTICE THAT THE WRIT WAS FILE PURSUANT TO ART.
11 07 SECTION (b) TEX. CODE CRIM PROC.

RESPECTFULLY

Charles R adams
CHARLES ADAMS.

EXHIBIT 2

FEBRUARY 19 2015
CHARLES ADAMS
TDCJ CED NO 1247914
PALHART UNIT 11950 FM 998
PALHART TEXAS 77022


AMALIA MENDOZA, DISTRICT CLERK
P. O. BOX 679003
AUSTIN, TEX 78767


RE: CHARLES ADAMS V. THE STATE OF TEXAS CAUSE NO 903.4165-D


DEAR CLERK


ON JANUARY 19, 2015 APPLICANT FILE APPLICATION FOR
WRIT HABEAS CORPUS APPLICANT HAVE NOT RECEIVE
NOTICE THAT THE WRIT WAS FILE PURSUANT TO ART.
11. 07 SECTION (b) TEX CODE CRIM PROC

*#1247914*
*Adams, Charles*

7  229998
4832230421-0098
01/22/2015 (806)249-4731 11:50:46 AM

```
======= ===== Sales Receipt =============
Product          Sale Unit    Final
Description       Qty Price     Price
======================================
```

AUSTIN TX 78767 Zone-4            $2.45
First-Class Mail Large Env
  7.10 oz.
  Expected Delivery: Mon 01/26/15
Customer Postage                 -$2.45
  Subtotal:                      $0.00
                               ========
  Issue Postage:                 $0.00

                              ==========
Total:                           $0.00

Paid by:

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

```
**********************************
**********************************
```
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
```
**********************************
**********************************
```

Bill#:1000202017868
Clerk:05

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

-----------------------------------

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Or scan this code with your mobile
device.

EXHIBIT-3

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## CAUSE NO. 9034165-D

CHARLES RAY ADAMS,
     RELATOR,

VS.

DISTRICT CLERK, TRAVIS COUNTY,
     RESPONDENT,

LEAVE FOR SUSPENSION OF RULE
WITH AFFIDAVIT IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW CHARLES R. ADAMS, RELATOR AND FILE LEAVE FOR SUSPENSION OF RULE PURSUANT TO RULE 2 TEXAS APPELLATE PROCEDURE AND SHOW THE COURT THE FOLLOWING:

RELATOR PRO SE REQUEST TO FILE ONE ORIGINAL WRIT OF MANDAMUS WITHOUT FILING 11 COPIES BECAUSE THE DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DALHART FACILITY DOES NOT PROVIDE COPIES FOR LEGAL WORK.

WHEREFORE RELATOR PRAYS THAT THE COURT GRANT LEAVE FOR SUSPENSION OF 11 COPIES FOR FILING WRIT OF MANDAMUS AND ALLOW RELATOR TO FILE 1 ORIGINAL COPY.

## CERTIFICATE OF SERVICES

THE RELATOR HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING LEAVE FOR SUSPENSION OF THE RULE HAS BEEN SERVE UPON ABEL ACOSTA, CLERK OF THE COURT P. O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711 EXECUTED ON MARCH 9, 2015.

RESPECTFULLY,

*Charles R. Adams*

CHARLES R. ADAMS

## ORDER

ON THIS THE ____ DAY OF ____ 2015 CAME ON TO BE HEARD RELATOR'S LEAVE FOR SUSPENSION OF THE RULE AND AFTER DUE CONSIDERATION OF THE SAME IT SO ORDER THAT RELATOR REQUEST SHOULD BE GRANTED/ DENIED AND THAT SAID CAUSE BE SET FOR A HEARING ON THE ____ DAY OF ____ 2015.

_____

JUDGE PRESIDING

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

CHARLES RAY ADAMS
_____
Plaintiff's name and ID Number

TDCJ DALHART
_____
Place of Confinement

CASE NO. 9034163-D
_____
(Clerk will assign the number)

V.

DISTRICT CLERK, TRAVIS COUNTY
P.O. BOX 1~2308~ 679003
AUSTIN, TEXAS 78767
_____
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, CHARLES ADAMS, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?    Yes ☐  No ☑
    b.  Rent payments, interest or dividends?    Yes ☐  No ☑
    c.  Pensions, annuities or life insurance payments?    Yes ☐  No ☑
    d.  Gifts or inheritances?    Yes ☐  No ☑
    e.  Family or friends?    Yes ☐  No ☐
    f.  Any other sources?    Yes ☐  No ☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

           Yes ☐    No ☑

    If you answered YES to any of the questions above, state the total value of the items owned.

_____

_____

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ____9 TH____ day of ____MARCH____, 20 15.

Charles R Adams          #1247914
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE         03/10/15
DH31/SR00118               IN-FORMA-PAUPERIS DATA                09:02:50
TDCJ#: 01247914 SID#: 04344114 LOCATION: DALHART       INDIGENT DTE: 02/23/15
NAME: ADAMS,CHARLES                    BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS: 01012355
CURRENT BAL:         0.35 TOT HOLD AMT:         0.00 3MTH TOT DEP:       0.00
6MTH DEP:          100.00 6MTH AVG BAL:         6.60 6MTH AVG DEP:      16.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15      1.70            0.00         10/14    102.24         100.00
12/14      1.70            0.00         09/14      2.24           0.00
11/14      1.99            0.00         08/14      2.24           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF HARTLEY
ON THIS THE 10 DAY OF MARCH ,15, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



ROBERT E. STOUT
MY COMMISSION EXPIRES
August 28, 2017

Robert E. Stout
03-10-2015

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE
# AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice, to release records pertaining to my trust fund account, as requested by _ABEL ACOSTA CLERK COURT CRIMINAL_ (Identify Court, Attorney, or entity as defined in Rule 3 9 2 1-Special Correspondence Rules) _P.O. BOX 12308 CAPITOL STATION AUSTIN TX 78711_

I, offender _Charles Adams_, - TDCJ# _1247914_,

being presently incarcerated at the _DALHART_ Unit/Facility of the

Texas Department of Criminal Justice, in _HARTLY_ County, Texas

declare under penalty of perjury that the foregoing is true and correct

Executed on this the _10TH_ day of _MARCH_ 20 _15_

By. _Charles R. Adams_ Witness _Robert E. Stout_
(Offender Signature)        (Approved-Witnessing Authority Signature)

INSTRUCTIONS:
1  The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative)
2  The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain
3  The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records
4  The offender is required to have an addressed, stamped envelope prepared for mailing  The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail